UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY S. GOODYEAR,

           Plaintiff,

vs.                              Case No. 2:07-cv-308-FtM-34DNF

MARK MORREAL,

           Defendant.
_____

## ORDER OF DISMISSAL[1]

This matter comes before the Court upon review of Plaintiff's civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (Doc. #1.) Though not the model of clarity, in pertinent part, the Complaint alleges that Defendant Morreal, an officer with the Cape Coral Police Department, "conspired" to violate Plaintiff's civil rights. Complaint at 1. Specifically, Plaintiff alleges that the defendant committed "email hacking" in attempt to locate Plaintiff's whereabouts prior to Plaintiff's arrest and theft. Id. at 3. Plaintiff is proceeding *pro se* and is currently incarcerated at the Lee County Jail. Plaintiff filed a motion to proceed *in forma pauperis*. (Doc. #2.)

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the motions addressed herein and is not intended for official publication or to serve as precedent.

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915, known as the "Three Strikes Rule" only permits a prisoner to file "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). Additionally, the Court may consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir. 1998).

The Court takes judicial notice that Plaintiff filed the following civil rights actions in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 2:07-cv-192, (2) 2:07-cv-130, (3) 2:07-cv-276.[2] Because Plaintiff has had three or more qualifying dismissals and it does not appear that he is imminent danger of serious physical injury, this action will be

---

[2] Plaintiff also initiated an action by filing an "Emergency Petition for Injunction" in case number 2:07-cv-287. There the Court determined that no emergency existed and dismissed the action. Additionally, due to Plaintiff's three strike status, the following cases filed by Plaintiff have previously been dismissed by this Court: 2:07-cv-270; 2:07-cv-275; and 2:07-cv-277; 2:07-cv-305; 2:07-cv-304; 2:07-cv-306; 2:07-cv-316.

dismissed without prejudice.  If Plaintiff wishes to prosecute this action, he is required to file a new civil rights complaint form and pay the $350.00 filing fee in its entirety <u>at the time of filing</u>.

ACCORDINGLY, it is hereby

**ORDERED**:

1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. #2) is **DENIED.**

2.  Plaintiff's Complaint (Doc. #1) is **dismissed without prejudice**.

3.  The Clerk of Court is directed to terminate any outstanding motions, enter judgment accordingly, close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this 5th day of June, 2007.

MARCIA MORALES HOWARD
United States District Judge

SA: alj
Copies: All Parties of Record

-3-